FULL NAME: Isaiah Termaine Belcher

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: United States Penitentiary Atwater
P.O. Box 019001 Atwater, CA 95301

PRISON NUMBER (if applicable): 20453-006

RECEIVED AUG 07 2020 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT

Isaiah Termaine Belcher

PLAINTIFF,

v.

Wal-Mart Stores, Inc

DEFENDANT(S).

CASE NUMBER _____
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **ISAIAH TERMAINE BELCHER** (print plaintiff's name) who presently resides at **USP Atwater P.O. Box 019001 Atwater, CA 95301** (mailing address or place of confinement), were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at **Wal-Mart 3101 A St Anchorage, AK 99503** (institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

Page 2 of 6

Case 3:20-cv-00194-SLG   Document 1   Filed 08/07/20   Page 2 of 10

on (date or dates) Nov 3, 2018 , Nov 3, 2018 , Nov 3, 2018 .
(Claim I)        (Claim II)       (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  Walmart Corp  resides or works at
   (full name of first defendant)
   3101 A St., Anchorage, AK 99504
   (full address of first defendant)
   Manager, Sales associate, Loss Prevention, Customer Service
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   I was assaulted by defendant on property physically and in a sexual manner, I was placed in fear of my life subjected to Intense Emotional distress, failed to maintain a safe shopping enviroment.

2. Defendant  Wal-Mart Corporation  resides or works at
   (full name of first defendant)
   702 SW. 8th St, Bentsonville, Ark 72716
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Employee negligence, Physical Assault, Consumer liability, Scope of protection, Excessive force, failed to Maintain a safe shopping enviroment

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

That on November 3rd 2018 my civil rights were violated by Wal-Mart employees at the location of 3101 A st in the city of Anchorage, AK 99503. Claim ① is that I was physically assaulted by a store security. This employee continued on to use ② Excessive force. ③ inflicting intentional emotional distress that led to a ④ improper grabbing of my genital area/sexual assault. ⑤ failing to provide a safe environment for claim one the defendant(s) allowed one of their employees to place their hands upon my person multiple times even after I sought help from them to intervene and stop this person from continuing this assault. On the 3rd of November I had entered the defendant store looking for a couple of items. While I was in the store I picked up a couple of items I was thinking about getting. These items that I had picked up I eventually set down and decided to not get them. As I was leaving the store I was approached by a Samoan/Pacific Islander looking male. This

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Man proceeded to tell me "to give him the merchandise". I asked him what merchandise he was speaking of? He proceeded to reach out and grab me at my genital area. This man had no uniform on to identify himself and never said who he was. After the initial shock of this man grabbing at my genitals I immediately said I needed a manager and was going to file a complaint. I proceeded to go back into the store and yell for a manager and some assistance. No one came. As I was walking through the store yelling for a manager, making my way to the customer service area. This same man came back at me again blocking my path and telling me to give him back the merchandise. I proceeded to take everything out of my pockets and throw it on the ground yelling, what Merchandise. As this was going on I happened to see another Wal-mart employee in uniform who looked as if they were filming this incident with their phone; however, not helping me more so allowing this assault on my person to go on! After picking up

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Injunctive relief in the manner that a more comprehensive policy be placed into effect. That safety of customers be a focal point of this policy and that it be updated quarterly or bi-annually whichever is more feasable. That individuals who are employed as security or loss-prevention, be screened for psychological issues and that those that do get hired be required to attend conflict resolution groups that develop better techniques to deal with shoppers twice every month while employed with the Walmart corporation.

Punitive relief in the amount of $325,000.00 for the assault and all the trauma that was experienced. Another 25,000.00 that would be utilized to help me get therapy for these events, and 10,000.00 more that can be used along with whatever is left from the money acquisitioned for therapy to pay for college tuition so that I may continue to get my education. All of this for a total of 360,000. Also, for all of my legal expenses to be paid that may have accrued from this lawsuit

7/30/20
(Date)

x Daniel T. Belcher
(Signature of Plaintiff)

(Claim 1 continued)

my belongings off of the floor this man tried to grab me again thats when in defense of myself, I shoved him back and turned to customer service where moments before were two ladies I thought would be of some type of assistance to me but to my suprise, they were no longer there. At this point I was left to the actions of this individual to continue his assault and harassment of my person. This man went from there to proceed to shove me into the customer service counter and then slam me onto the counter itself and continue to grab me. I again shoved him off of me while all of this was going on there were at least a hundred other customers with their kids in the store as well as other employees. This man after I fended him off again for the 3rd time verbally threatened me and told me that if he seen me any where he was going to again physically assault me. I believe the only reason that he stopped was because another individual came and stood between us. Me being afraid for my safety because of the fact that this person did what he did and no body in that store that was employeed there came to my aid even though I was constantly yelling for help. I left and ran from the store and tried that day to contact Walmart to make a formal complaint. I however, was not able to make this formal complaint until Monday November 5th where I was told that an investigation would be held and that I would hear something back within 14 days. Shortly after I was however arrested for an unrelated crime. During this phone conversation where I was able to make my complaint I was given a reference # of NMT-55735. There were a few other times that I spoke with

unsafe shopping enviroment. I felt almost that I was at the point of having to fight for my life. I shouldn't be afraid to shop at Wal-mart but now I am. Seeing Wal-mart on commercials reminds me of this careless assault that happened to me and how no one chose to help me. I also feel that this was in a way racially motivated and that I was in a way profiled. ~~I also feel that Walmart so~~ The emotional and psychological issues created from that I have to relive almost everyday even where I am at now because there are people who look like the employee who assaulted me here. On top of that this is a violent enviroment so I am constantly in a stressful state. I take medication for anxiety now partly because of this situation

(Claim 2)

On the afternoon of November 3, 2018 I was subjected to the horrible psychological and unjustified abuse by the defendant. The emotional distress that I as an individual was subjected to was unwarranted, uncalled for and highly predjudiced. I as a black person believe that color was a part of the reason that I was stopped, assaulted and more so harrassed. I was placed under emotional distress through the actions of every employee employed by Walmart on the day of Saturday November 3rd 2018. The treatment that I was subjected to no person should be forced to endure. Too top it all off I was made to endure this in front of a crowd of individual other customers while staff stood around. At one point in the ordeal the staff that was around completely abandoned me and allowed one of their own to continue to make me feel like a criminal, grab and touch on my person against my will and threaten to do even more bodily harm to me just for standing up for myself. The threats made were intentional as well as the pursuit of my person coupled with the harrassment. This was emotionally scarring, this event was psychologically traumatic to me and from that day I am leary of going into a convient store of any type because of this situation. In a way this was a false imprisonment by trying to stop me, detain me and grab upon my person

her 06403-006
entiary Atwater

Federal Building and United States Courthouse
℅ Court Clerk
222 W. 7th Ave
Anchorage, AK 99513-7500